```
                                                           CLERK'S OFFICE U.S. DIST. COURT
                                                                  AT DANVILLE, VA
                                                                     FILED
```

IN THE UNITED STATES DISTRICT COURT　　JUN 12 2006
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION　　　　　　　　JOHN F. CORCORAN, CLERK
　　　　　　　　　　　　　　　　　　　　　　　BY: HMcDonald
　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

| | |
|---|---|
| BERNARD BARNETT, ) | |
| 　　　　Petitioner, ) | Civil Action No. 7:06CV00336 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Jackson L. Kiser |
| 　　　　Respondent. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

## ADJUDGED AND ORDERED

that the petitioner's motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure shall be and hereby is **DENIED**. To the extent that the motion could be construed as a petition for writ of habeas corpus under § 2241, the petition shall be and hereby is **DISMISSED**. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 12th day of June, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　Senior United States District Judge